IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MILAN ROBINSON, ) <br> ) <br> Defendant. ) | 8:06CR142 <br><br> **SCHEDULING ORDER** |

     IT IS ORDERED that the following is set for hearing on **June 12, 2006** at **10:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

     - Motion to Sever [18] filed by the defendant

     Since this is a criminal case, the defendant must be present, unless excused by the Court.

     DATED this 9th day of May, 2006.

                                            BY THE COURT:

                                            s/ F.A. Gossett
                                            United States Magistrate Judge